UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DIRECTV, INC., a California corporation,

    Plaintiff,

v.

DAVID OUTLAW,

    Defendant.

NO. 03 CIV 4600 (ERK / CLP)

STIPULATION AND ORDER OF DISMISSAL

[PROPOSED]

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 15 2005 ★

P.M. _____
TIME A.M. _____

The parties hereby stipulate, pursuant to Fed.R.Civ.P. 41(a)(1), to the dismissal of all claims against the Defendant David Outlaw with prejudice and without attorneys' fees or cost.

**GARVEY SCHUBERT BARER**

By: _____
Mario Aieta, Esq. (MA-2228)
Daniel Jacobson (DJ-7086)
599 Broadway, 8th Floor
New York, NY 10012
(212) 431-8700

Counsel for Plaintiff DIRECTV, Inc.

Dated: Feb. 11, 2004

By: _____
Gary Sohn, Esq. (     )
Malone, Tauber & Sohn
147 West Merrick Road
Freeport, New York 11520
(516) 379-2500

Counsel for Defendant, David Outlaw

Dated: 1/15, 2004

IT IS SO ORDERED.

DATED: 7/8, 2005.

                                  s/Edward R. Korman
                                  Hon. Edward R. Korman
                                  United States District Court Judge

STIPULATION AND ORDER
OF DISMISSAL - 1